Adolph GOLD et al., Plaintiffs in error v. O. F. KEENE, Defendant in Error.

No. 17620.

Supreme Court of Texas.

Oct. 29, 1930.

For opinion of Court of Civil Appeals, see 27 S. W. (2d) 631.

PER CURIAM.

We approve the views expressed in Justice Smith's concurring opinion.

The application for writ of error is accordingly refused.

## BERRY v. STATE.

No. 13841.

Court of Criminal Appeals of Texas.

Oct. 29, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, the unlawful possession of intoxicating liquor for the purpose of sale; penalty, two years in the penitentiary.

The record is without any statement of facts or bill of exception, and presents nothing for review.

Affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.

## SMITH v. STATE.

No. 13858.

Court of Criminal Appeals of Texas.

Oct. 22, 1930.

Chas. Farrall and Baskett & De Lee, all of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is aggravated assault; the punishment, a fine of $25.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

HAWKINS, J., absent.